478 A.2d 98

Commonwealth v. Nicholson, Appellant.

Petition for Allowance of Appeal
Denied Nov. 12, 1984.

Submitted February 24, 1984. Kenneth L. Rotz, for appellant; Gary E. Hartman, District Attorney, for appellee.

Before SPAETH, P.J., and CIRILLO and CERCONE, JJ.

Judgment affirmed.

CERCONE, J., concurred in the result.